UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Sheryl Ollie
CASE NO. 11-13848-JMD
Chapter 13
Debtor

**AFFIDAVIT OF NON-COMPLIANCE**

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That the debtor's Plan calls for payments of $2,000.00 per month for the first 4 months followed by payments of $2,911.00 for the final 56 months.

2. That at a hearing on April 26, 2012 it was alleged by the undersigned that pursuant to the terms of the debtor's Plan the total of $13,822.00 was due but the debtor had made payments only in the amount of $6,000.00, leaving her $7,822.00 in arrears on her plan payment obligation.

3. That at said hearing the Court ordered that "the debtor shall make her regular monthly Plan payments when due on the 19th of each month, beginning May 19, 2012, with time of the essence..."

4. That since the issuance of said Order, the debtor has made no additional Plan payments, and specifically did not make the Plan payment that was due on May 19, 2012 with time of the essence, and due to the non-compliance she is now in arrears in the amount of $10,733.00 on her plan payment obligation.

5. That under the circumstances the case should be dismissed without further hearing.

    I hereby certify the above-cited information to be true to the best of my knowledge.

Dated:   May 23, 2012

Respectfully submitted

_____
Lawrence P. Sumski,
Chapter 13 Trustee
1000 Elm St., Suite 1002
Manchester, NH   03101
(603) 626-8899
ID# BNH01460

    On this the 23rd day of May, 2012, before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

_Priscilla Johnson-Bernard_
Notary Public