Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

---

Case No.: 11−13848−JMD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheryl A. Ollie
   aka Sheryl Ollie D.C., dba Black Swan Bed
   & Breakfast
   354 West Main Street
   Tilton, NH 03276

Social Security / Individual Taxpayer ID No.:
   xxx−xx−2234

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSED CASE

You are hereby notified that an Order Dismissing the Case of the above−named debtors was entered on 5/29/12.

Dated: 5/29/12

                                    For the Court
                                    George A. Vannah, Clerk
                                    BY: /s/ Celeste Wright
                                    Deputy Clerk